

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00458-CV

Frederick Stanton **DUNCAN**,
Appellant

v.

Shanna Nicole **DUNCAN**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18794
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: September 4, 2019

DISMISSED FOR WANT OF PROSECUTION

From the limited record before us, it appears the clerk's record was due on June 10, 2019.

*See* TEX. R. APP. P. 35.1.  After the due date, the Bexar County District Clerk notified this court

that Appellant had not paid the clerk's fee for preparing the record and Appellant is not entitled to

a free clerk's record.

On August 12, 2019, we ordered Appellant to file written proof by August 22, 2019, that

either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or

(2) Appellant is entitled to a free clerk's record. We warned Appellant that if he failed to respond as ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, Appellant has not filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See id.* R. 37.3(b), 42.3(b), (c).

PER CURIAM